# United States District Court
# For The Western District of North Carolina
# Statesville Division

5:09CV75

LARRY ROGER AYSCUE, JR.,

    Petitioner,                               JUDGMENT IN A CIVIL CASE

vs.

GRADY J. HAYNES, ADMINISTRATOR,
WARREN CORRECTIONAL INSTITUTION,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the January 31, 2012 Court's Order.

                                      Signed: January 31, 2012

                                      */s/ Frank G. Johns*
                                      Frank G. Johns, Clerk
                                      United States District Court